MARC E. MAYER (190969)
  mem@msk.com
EMILY F. EVITT (261491)
  efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 through 10, d/b/a "pornhub4all.com"; "video-pornhub.com"; "pornhub.com.bz"; "pornhub.net.co"; "pornhub4u.com"; "pornhub2.net"; "hd-pornhub.com"; "your-pornhub.com"; "pornhub-xx.com"; "hq-pornhub.com"; "freepornhub.net"; "rawpornhub.com"; "pornhubhd.com"; "pornhub.pl"; "pornhub.de"; "pornhub.co"; "pornhub.cm"; "pornhub.cz"; "pornhube.com"; "pornhubs.com"; "pronhub.com"; "pormhub.com"; "pornhub.it"; "pornhub.eu"; "pornhub.net"; "pornhub.org"; "pornhub.fr"; "pornhub.es"; "pornhub.co.uk"; "pornhub.ru"; <br><br> Defendants. | CASE NO. CV13-5913 MRP(PJWx) <br><br> **NOTICE OF RELATED CASES** <br><br> [LOCAL RULE 83-1.3.1] |

TO THE DISTRICT COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3.1, Plaintiff Manwin Licensing International S.à.r.l. ("Manwin") submits this Notice of Related Cases.  The following three cases, including the instant action, which were filed on August 13, 2013 in the Central District of California, are all related:

1.	MANWIN LICENSING INTERNATIONAL S.A.R.L., v. DOES 1 through 10, d/b/a "hdtube8.com"; "tube81.biz"; "new-tube8.com"; "goldtube8.com"; "tube8now.com"; "tube8free.net"; "astube8.com"; "porntube8.net"; "8tube.me"; "xxxtube8.com"; "8porntubes.com"; "flixtube8.com"; "tube8japanese.com"; "videostube8.com"; "tube8.co"; "tube8.cm"; "tube8.net"; "tube8.de"; "tube8.es"; "tube8.it"; "tube8.co.uk"; "tube8.fr"; "tube8.pt"; "tube8.su", CV13-05911-JAK(CWx).

2.	MANWIN LICENSING INTERNATIONAL S.A.R.L. v. DOES 1 through 10, d/b/a "pornhub4all.com"; "video-pornhub.com"; "pornhub.com.bz"; "pornhub.net.co"; "pornhub4u.com"; "pornhub2.net"; "hd-pornhub.com"; "your-pornhub.com"; "pornhub-xx.com"; "hq-pornhub.com"; "freepornhub.net"; "rawpornhub.com"; "pornhubhd.com"; "pornhub.pl"; "pornhub.de"; "pornhub.co"; "pornhub.cm"; "pornhub.cz"; "pornhube.com"; "pornhubs.com"; "pronhub.com"; "pormhub.com"; "pornhub.it"; "pornhub.eu"; "pornhub.net"; "pornhub.org"; "pornhub.fr"; "pornhub.es"; "pornhub.co.uk"; "pornhub.ru", CV13-5913 MRP(PJWx).

3.	MANWIN LICENSING INTERNATIONAL S.A.R.L. v. DOES 1 through 10, d/b/a "youporn-tube.us"; "youporn.com.bz"; "youhotporn.com";

"mega-youporn.cc"; "youporn.tv"; "youporn.mobi"; "youpornx.tv";
"justyouporn.com"; "hq-youporn.com"; "goyouporn.com";
"youpornhubvids.com"; "youporns.org"; "youporn.com.es"; "youpornmovie.net";
"youporn.co"; "youporno.com"; "youporn.ru"; "youporn.cm"; "youporn.info";
"youporn.co.uk"; "youporn.com.au"; "you-porn.de"; "youporn.es"; "youporn.fr";
"youporn.lu"; "youporn.name"; "youporn.net"; "youporn.org"; "youporn.pt",
CV13-5914-MMM(PJWx).

Plaintiff Manwin Licensing International S.à.r.l. ("Manwin") has filed each
of the three cases listed above to enforce Manwin's rights in its valuable
trademarks and domain names.  Specifically, each of the three complaints alleges
that Defendants committed unlawful cybersquatting and violated the Anti-
Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).  By each of these
three actions, Manwin seeks to put an immediate stop to, and to obtain redress for,
Defendants' massive campaigns of cybersquatting and misappropriation of
Manwin's valuable TUBE8, PORNHUB, and YOUPORN trademarks.  In each of
the three cases, Defendants have registered the vast majority of their infringing
domain names using privacy services to conceal their identities.  Therefore,
Manwin was unable to determine Defendants' true identities and sued them under
the fictitious names Does 1-10.  In each of the three cases, Manwin intends to file
*ex parte* applications for expedited discovery to determine Defendants' identities.

In light of the foregoing, the three cases are related because (a) they arise
from closely related transactions – namely the anonymous registration of
competing websites that infringe Manwin's rights in its valuable trademarks and
domain names (L.R. 83-1.3.1(a)), and (b) the three cases therefore call for the
determination of substantially related questions of law and fact, most immediately
regarding Manwin's forthcoming *ex parte* applications for expedited discovery to
determine Defendants' true identities (L.R. 83-1.3.1(b)).  For these reasons,

Mitchell
Silberberg &
Knupp LLP

5476045.2

1   assignment of the three cases to the same judge would further the interests of

2   judicial economy.

3

4   DATED: August 19, 2013                    MARC E. MAYER
                                              EMILY F. EVITT
5                                             MITCHELL SILBERBERG & KNUPP LLP

6

7                                             By:/s/ Emily F. Evitt
8                                                 Emily F. Evitt
                                                  Attorneys for Plaintiff
9                                                 Manwin Licensing International S.à.r.l.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

5476045.2

3