MARC E. MAYER (190969)
  mem@msk.com
EMILY F. EVITT (261491)
  efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 through 10, d/b/a "pornhub4all.com"; "video-pornhub.com"; "pornhub.com.bz"; "pornhub.net.co"; "pornhub4u.com"; "pornhub2.net"; "hd-pornhub.com"; "your-pornhub.com"; "pornhub-xx.com"; "hq-pornhub.com"; "freepornhub.net"; "rawpornhub.com"; "pornhubhd.com"; "pornhub.pl"; "pornhub.de"; "pornhub.co"; "pornhub.cm"; "pornhub.cz"; "pornhube.com"; "pornhubs.com"; "pronhub.com"; "pormhub.com"; "pornhub.it"; "pornhub.eu"; "pornhub.net"; "pornhub.org"; "pornhub.fr"; "pornhub.es"; "pornhub.co.uk"; "pornhub.ru"; <br><br> Defendants. | CASE NO. CV13-5913 JAK(CWx) <br><br> **DECLARATION OF EMILY F. EVITT IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED IMMEDIATE DISCOVERY** <br><br> MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH. |

Mitchell
Silberberg &
Knupp LLP

I, Emily F. Evitt, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California. I am an associate with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for plaintiff Manwin Licensing International S.à.r.l ("Manwin") in this action. Unless otherwise stated, I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2. This is an action for violation of the federal Anti-cybersquatting Consumer Protection Act ("ACPA"). The claims in this action arise from Defendants' unlawful registration of 30 Internet domain names containing Manwin's valuable trademark "PORNHUB": "pornhub4all.com"; "video-pornhub.com"; "pornhub.com.bz"; "pornhub.net.co"; "pornhub4u.com"; "pornhub2.net"; "hd-pornhub.com"; "your-pornhub.com"; "pornhub-xx.com"; "hq-pornhub.com"; "freepornhub.net"; "rawpornhub.com"; "pornhubhd.com"; "pornhub.pl"; "pornhub.de"; "pornhub.co"; "pornhub.cm"; "pornhub.cz"; "pornhube.com"; "pornhubs.com"; "pronhub.com"; "pormhub.com"; "pornhub.it"; "pornhub.eu"; "pornhub.net"; "pornhub.org"; "pornhub.fr"; "pornhub.es"; "pornhub.co.uk"; "pornhub.ru"; (collectively the "Infringing Domain Names").

3. I understand that in or around July 2013, Manwin conducted an investigation into the Infringing Domain Names, and discovered the following:

   (a) First, the Infringing Domain Names were registered between 2002 and 2013.

   (b) Second, the vast majority of the Infringing Domains are held in the name of a privacy service or other pseudonymous registrant. The purpose of a privacy service is to shield the domain name owner from being identified through

1   publicly available searches (sometimes referred to as "WhoIs" searches), which

2   otherwise allow members of the public to look up the name and contact

3   information of the domain name registrant.  In this case, where the Infringing

4   Domain Names were registered using privacy services or pseudonymous

5   registrants, the initial WhoIs searches for the Infringing Domain Names did not

6   reveal the true identities of the Infringing Domain Names' owners.  Attached

7   hereto as Exhibit 1 and incorporated herein by reference is a representative sample

8   of WhoIs search results for the Infringing Domain Names captured on or about

9   September 19, 2013.

10

11      4.     Manwin has reason to believe that Defendants are acting to divert

12  traffic away from Manwin's PornHub website and confuse consumers into visiting

13  their Infringing Domain Names.

14

15      5.     Manwin filed this lawsuit on August 13, 2013.  Manwin sued

16  Defendants pseudonymously as Does 1 through 10.  However, before Manwin can

17  serve Defendants with the Summons and Complaint or take any further action in

18  this litigation, Manwin must first determine true Defendants' true identities.

19

20      6.     It is therefore essential that Manwin obtain discovery from the

21  following domain name registrars:

22      ●     1 API GMBH d/b/a 1api.net;

23      ●     BARGIN REGISTER, INC.;

24      ●     BASIC FUSION, INC.;

25      ●     CDMON d/b/a cdmon.com;

26      ●     CRegISP Ltd.;

27      ●     DIRECTI INTERNET SOLUTIONS PVT. LTD. d/b/a

28  PUBLICDOMAINREGISTRY.COM;

Mitchell
Silberberg &
Knupp LLP

5555875.1

2

1  ● DOMAINCLUB.COM LLC;

2  ● DOMAINCONTEXT, INC.;

3  ● DomainersChoice d/b/a domainerschoice.com;

4  ● eNom, Inc.;

5  ● EURODNS S.A. d/b/a eurodns.com;

6  ● evoPlus LTD a/k/a evoplus.com, Inc.;

7  ● DYNADOT LLC;

8  ● Fabulous.com Pty Ltd d/b/a fabulous.com;

9  ● GoDaddy a/k/a GoDaddy.com LLC;

10 ● INTERNET.BS CORP.;

11 ● Michau Enterprises Limited;

12 ● Moniker Online Services, LLC;

13 ● Nanjing Imperiosus Technology Co., Ltd.;

14 ● NAUNET-REG-RIPN d/b/a www.naunet.ru;

15 ● PDR LTD. d/b/a PUBLICDOMAINREGISTRY.COM;

16 ● REG-TELE3;

17 ● SPOT DOMAIN LLC d/b/a DOMAINSITE.COM;

18 ● TUCOWS.COM CO. d/b/a www.tucowsdomains.com;

19 ● Webfusion Ltd; and

20 ● WILD WEST DOMAINS, INC. a/k/a Wild West Domains, LLC.

21

22 Additionally, Manwin seeks to subpoena the following domain name

23 registrants, including privacy services, which have been used to shield the

24 identities of the true owners of the Infringing Domain Names at issue:

25 ● DomainClub Privacy Service;

26 ● Domains by Proxy, LLC;

27 ● Dynadot Privacy (Dynadot LLC);

28 ● Eurodns S.A.;

1      •     Fundacion Private Whois;

2      •     Moniker Privacy Services;

3      •     Naunet SP;

4      •     PrivacyProtect.org;

5      •     ProtectService, Ltd.;

6      •     Whois Privacy Protection Service, Inc.;

7      •     Whois Privacy Services Pty Ltd.;

8      •     WhoisGuard, Inc.;

9      •     Ido Zimet;

10     •     LK POWER-NET LTD.;

11     •     Milton Miguel Pinto Ortiz;

12     •     Natasha Strutt; and

13     •     Standard Bearer a/k/a Standard Bearer Enterprises Limited.

14

15        The proposed expedited discovery will seek information regarding the

16 registration history, payment history, and the IP addresses used to purchase and

17 register the Infringing Domain Names so that Manwin can determine Defendants'

18 true identities and amend the Complaint accordingly.  This proposed expedited

19 discovery will therefore serve the interests of justice because it will ensure that all

20 necessary defendants are included in this lawsuit as soon as possible.

21

22        7.     Furthermore, I have reason to believe that, without expedited

23 discovery, critical information could be lost or destroyed.  Internet Service

24 Providers, which maintain user activity logs that match an IP address (along with

25 date and time) with particular subscribers, typically retain such information for

26 only a limited period of time – sometimes for as little as a few weeks – before

27 erasing data.  Moreover, Defendants have a history of acting anonymously, and

28 they may attempt to transfer ownership of the Infringing Domain Names to avoid

1 detection.  Therefore immediate discovery is necessary before information about

2 previous owners and transfers is lost and before additional transfers occur.

3

4     8.    I will provide the third parties with no fewer than 14 days to respond

5 to the subpoenas, so that Defendants will have ample opportunity to lodge any

6 objections or file any motions concerning the subpoenas.

7

8     I declare under penalty of perjury under the laws of the United States of

9 America that the foregoing is true and correct.

10

11     Executed on this 14th day of October, 2013, at Los Angeles, California.

12

13

14                                   *Emily F. Evitt*

15                                     Emily F. Evitt

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell Silberberg & Knupp LLP

5555875.1

DECLARATION OF EMILY F. EVITT IN SUPPORT OF *EX PARTE* APPLICATION

# EXHIBIT   1

# EXHIBIT   1

Video-PornHub.com - Video PornHub - Free Porn Videos    Page 1 of 2



You are logged in as **idb_dt** | **Upgrade Your Account** | Log out | Help



pornhub4all.com    Whois Search ▾    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Domain Report    Hosting History    Screenshots    Reverse Name Server    Reverse IP    DNS

## Video-PornHub.com Whois Record

Tweet    Like    11k

Search Whois Records    video-pornhub.com    Search

**Add Missing Screenshot:**

Queue Screenshot For Addition

Whois Record    Site Profile    Registration    Server Stats    My Whois

**You the smart one?** Let us show you the job you dream of

### Whois Record

Related Domains For Sale or At Auction    1 2 3  More >

Bhubaneswar.com ($3,400)    DigitalMediaHub.com ($2,088)    HomeJobHub.com ($700)
IndiaNewsHub.com ($799)    LatestNewsHub.com ($799)    LifeInsuranceHub.com ($2,088)

Reverse Whois: "Jaromir Wippler c/o Dynadot Privacy" owns about  10 other domains
Email Search:  privacy@dynadot.com  is associated with about 123,204 domains
Registrar History:  1 registrar
NS History:  2 changes on 3 unique name servers over 0 year.
IP History:  2 changes on 3 unique IP addresses over 0 years.
Whois History:  4 records have been archived since 2013-03-28 .
Reverse IP:  113 other sites hosted on this video-pornhub.com.

Monitor This Domain Name

Preview the complete Domain Report for video-pornhub.com

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
Download Now>

Domain Name: video-pornhub.com
Registered at http://www.dynadot.com

Registrant:
Jaromir Wippler c/o Dynadot Privacy
PO Box 701
San Mateo, CA 94401
United States

Administrative Contact:
Jaromir Wippler c/o Dynadot Privacy
PO Box 701
San Mateo, CA 94401
United States
privacy@dynadot.com
1-650-585-4708

Technical Contact:
Jaromir Wippler c/o Dynadot Privacy
PO Box 701
San Mateo, CA 94401
United States
privacy@dynadot.com
1-650-585-4708

Record expires on 2014/03/26 UTC
Record created on 2013/03/26 UTC

Domain servers in listed order:
dns1.sitevalley.com
dns2.sitevalley.com

Backorder this domain or Hire a domain broker

**DOMAININDEX.COM**
**APPRAISE THIS DOMAIN FOR ME**

Country TLDs    General TLDs

Available domains for registration:

☐ Video-PornHub.at    Register
☐ Video-PornHub.be    Register
☐ Video-PornHub.ch    Register
☐ Video-PornHub.cn    Register
☐ Video-PornHub.co.uk    Register
☐ Video-PornHub.de    Register
☐ Video-PornHub.dk    Register
☐ Video-PornHub.es    Register
☐ Video-PornHub.eu    Register
☐ Video-PornHub.fr    Register

Register All Selected >    Show all (19) >

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

Video-PornHub.com - Video PornHub - Free Porn Videos                Page 2 of 2

© 2013 DomainTools, LLC All rights reserved.



Video-PornHub.com – Video PornHub - Free Porn Videos                    Page 1 of 1

You are logged in as idb_dt  Upgrade Your Account | Log out | Help

 **Domain**Tools

| | pornhub4all.com | Whois Search ▾ | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Domain Report    Hosting History    Screenshots    Reverse Name Server    Reverse IP    DNS

## Video-PornHub.com Whois Record

Tweet    Like  11k

**Add Missing Screenshot:**

Queue Screenshot For Addition

Search Whois Records  video-pornhub.com        Search

You the smart one? Let us
show you the job you dream of

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Registration

**Related Domains For Sale or At Auction**

| | | |
|---|---|---|
| Bhubaneswar.com ($3,400) | DigitalMediaHub.com ($2,088) | HomeJobHub.com ($700) |
| IndiaNewsHub.com ($799) | LatestNewsHub.com ($799) | LifeInsuranceHub.com ($2,088) |

1 2 3  More >

DOMAININDEX.COM
APPRAISE THIS DOMAIN FOR ME

ICANN Registrar: DYNADOT, LLC
Created:  2013-03-26
Expires:  2014-03-26  Backorder Now or Hire a domain broker
Updated:  2013-06-10
Registrar Status:  clientTransferProhibited
Name Server:  DNS1.SITEVALLEY.COM (has 776 domains)
                    DNS2.SITEVALLEY.COM (has 776 domains)
Whois Server:  whois.dynadot.com
General TLDs:  Video-PornHub.com ○ (registered and active website)
                    Video-PornHub.net ○ (never registered before)
                    Video-PornHub.org ○ (never registered before)
                    Video-PornHub.info ○ (never registered before)
                    Video-PornHub.biz ○ (never registered before)
                    Video-PornHub.us ○ (never registered before)

Country TLDs    General TLDs

Available domains for registration:

| | | |
|---|---|---|
| ☐ | Video-PornHub.at | Register |
| ☐ | Video-PornHub.be | Register |
| ☐ | Video-PornHub.ch | Register |
| ☐ | Video-PornHub.cn | Register |
| ☐ | Video-PornHub.co.uk | Register |
| ☐ | Video-PornHub.de | Register |
| ☐ | Video-PornHub.dk | Register |
| ☐ | Video-PornHub.es | Register |
| ☐ | Video-PornHub.eu | Register |
| ☐ | Video-PornHub.fr | Register |

Register All Selected >        Show all (19) >

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



http://whois.domaintools.com/video-pornhub.com                    9/19/2013

EX 1 PG 8

PornHub4All.com - Pornhub, Free Sex Movies, Porn Tube, Fre... Page 1 of 2





You are logged in as idb_dt  **Upgrade Your Account** | Log out | Help

| pornhub4all.com | Whois Search ▼ | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Domain Report    Hosting History    Screenshots    Reverse Name Server    Reverse IP    DNS

## PornHub4All.com Whois Record ✎

Tweet    Like  11k

**Add Missing Screenshot:**

Queue Screenshot For Addition

Search Whois Records  pornhub4all.com              Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us show you the job you dream of

### Whois Record

**Related Domains For Sale or At Auction**    1 2 3  More >

Bhubaneswar.com ($3,400)    DigitalMediaHub.com ($2,088)    HomeJobHub.com ($700)
IndiaNewsHub.com ($799)    LatestNewsHub.com ($799)    LifeInsuranceHub.com ($2,088)

What's the value of this domain?
**FIND OUT WHAT IT'S WORTH AT**
**DOMAININDEX.COM**

Email Search:  abuse@ahnames.com  is associated with about **42,805 domains**

Registrar History: 1 registrar
NS History: 4 changes on 4 unique name servers over 0 year.
IP History: 2 changes on 3 unique IP addresses over 0 years.
Whois History: 43 records have been archived since 2013-01-22 .
Reverse IP: 13 other sites hosted on this server.

**Country TLDs    General TLDs**

Available domains for registration:

Monitor This Domain Name

Preview the complete Domain Report for pornhub4all.com

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
**Download Now>**

| | | |
|---|---|---|
| ☐ PornHub4All.at | | Register |
| ☐ PornHub4All.be | | Register |
| ☐ PornHub4All.ch | | Register |
| ☐ PornHub4All.cn | | Register |
| ☐ PornHub4All.co.uk | | Register |
| ☐ PornHub4All.de | | Register |
| ☐ PornHub4All.dk | | Register |
| ☐ PornHub4All.es | | Register |
| ☐ PornHub4All.eu | | Register |
| ☐ PornHub4All.fr | | Register |

Register All Selected >      Show all (19) >

```
Domain Name: PORNHUB4ALL.COM

Abuse email: abuse@ahnames.com

Registrant:
   WhoisProtectService.net PROTECTSERVICE, LTD.
   pornhub4all.com@whoisprotectservice.net
   27 Old Gloucester Street
   London WC1N 3AX
   United Kingdom
   +44.02074195061

Registered Through:
   AHnames.com  http://www.AHnames.com/

Administrative Contact:
   WhoisProtectService.net PROTECTSERVICE, LTD.
   pornhub4all.com@whoisprotectservice.net
   27 Old Gloucester Street
   London WC1N 3AX
   United Kingdom
   +44.02074195061

Technical Contact:
   WhoisProtectService.net PROTECTSERVICE, LTD.
   pornhub4all.com@whoisprotectservice.net
   27 Old Gloucester Street
   London WC1N 3AX
   United Kingdom
   +44.02074195061

Billing Contact:
   WhoisProtectService.net PROTECTSERVICE, LTD.
   pornhub4all.com@whoisprotectservice.net
   27 Old Gloucester Street
   London WC1N 3AX
   United Kingdom
   +44.02074195061

Name Server: PNS3.CLOUDNS.NET
Name Server: PNS2.CLOUDNS.NET
Name Server: PNS1.CLOUDNS.NET
```

PornHub4All.com - Pornhub, Free Sex Movies, Porn Tube, Fre... Page 2 of 2

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.





You are logged in as idb_dt | Upgrade Your Account | Log out | Help

| pornhub4all.com | Whois Search ▾ | Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Domain Report   Hosting History   Screenshots   Reverse Name Server   Reverse IP   DNS

## PornHub4All.com Whois Record ✎

Tweet    Like    11k

**Add Missing Screenshot:**

Queue Screenshot For Addition

Search Whois Records   pornhub4all.com   **Search**

You the smart one? Let us
show you the job you dream of

Whois Record   Site Profile   Registration   Server Stats   My Whois

## Registration

**Related Domains For Sale or At Auction**          1 2 3 More >

Bhubaneswar.com ($3,400)     DigitalMediaHub.com ($2,088)     HomeJobHub.com ($700)
IndiaNewsHub.com ($799)      LatestNewsHub.com ($799)         LifeInsuranceHub.com ($2,088)

| ICANN Registrar: | EVOPLUS LTD |
| Created: | 2013-01-21 |
| Expires: | 2014-01-21 Backorder Now or Hire a domain broker |
| Updated: | 2013-07-21 |
| Registrar Status: | ok |
| Name Server: | PNS1.CLOUDNS.NET (has 27,771 domains) |
| | PNS2.CLOUDNS.NET (has 27,771 domains) |
| | PNS3.CLOUDNS.NET (has 27,771 domains) |
| Whois Server: | whois.evonames.com |
| General TLDs: | PornHub4All.com ◐ (registered and active website) |
| | PornHub4All.net ◯ (never registered before) |
| | PornHub4All.org ◯ (never registered before) |
| | PornHub4All.info ◯ (never registered before) |
| | PornHub4All.biz ◯ (never registered before) |
| | PornHub4All.us ◯ (never registered before) |

**What's the value of this domain?**
**FIND OUT WHAT IT'S WORTH AT**
**DOMAININDEX.COM**

Country TLDs   General TLDs

Available domains for registration:

| ☐ PornHub4All.at | Register |
| ☐ PornHub4All.be | Register |
| ☐ PornHub4All.ch | Register |
| ☐ PornHub4All.cn | Register |
| ☐ PornHub4All.co.uk | Register |
| ☐ PornHub4All.de | Register |
| ☐ PornHub4All.dk | Register |
| ☐ PornHub4All.es | Register |
| ☐ PornHub4All.eu | Register |
| ☐ PornHub4All.fr | Register |

Register All Selected >     Show all (19) >

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



pornhub.cm - pornhub



You are logged in as idb_dt | **Upgrade Your Account** | Log out | Help



| pornhub.co | Whois Search | Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Domain Report   Hosting History   Screenshots   Reverse Name Server   Reverse IP   DNS

## pornhub.cm Whois Record ✎

Tweet   Like   11k

**Add Missing Screenshot:**

Queue Screenshot For Addition

Search Whois Records  [pornhub.cm]   Search

**You the smart one?** Let us
show you the job you dream of

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

Email Search:  snicksnack@gmail.com  is associated with about 314 domains

Whois History:  40 records  have been archived since 2009-11-18 .

Reverse IP:  126 other sites  hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Preview the complete Domain Report for pornhub.cm

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
**Download Now»**

**DOMAININDEX.COM**
**WHATS THIS DOMAIN WORTH?**

Country TLDs    General TLDs

🌐 pornhub.com

🌐 pornhub.net

🌐 pornhub.org

🌐 pornhub.info

🌐 pornhub.biz

🌐 pornhub.us

```
Domain Information
Query: pornhub.cm
Status: Active
Created: 02 Nov 2009 01:00 WAT
Modified: 03 Mar 2013 04:08 WAT
Expires: 02 Nov 2013 01:00 WAT
Name Servers:
       ns1.zeropark.com
       ns2.zeropark.com
       ns3.zeropark.com

Registrar Information
Registrar Name: DomainersChoice

Registrant:
Name: Private Registration
Organisation: WhoisGuardService.com
Address:
       Tian Hong Shan Zhuang, Bld. 7, Room
       Nanjing, Jiangsu 210049
       CN
Email Address: snicksnack@gmail.com

Admin Contact:
Name: Private Registration
Organisation: WhoisGuardService.com
Address:
       Tian Hong Shan Zhuang, Bld. 7, Room
       Nanjing, Jiangsu 210049
       CN
Email Address: snicksnack@gmail.com

Technical Contact:
Name: Private Registration
Organisation: WhoisGuardService.com
Address:
       Tian Hong Shan Zhuang, Bld. 7, Room
       Nanjing, Jiangsu 210049
       CN
Email Address: snicksnack@gmail.com

Billing Contact:
Name: Private Registration
Organisation: WhoisGuardService.com
Address:
       Tian Hong Shan Zhuang, Bld. 7, Room
       Nanjing, Jiangsu 210049
       CN
Email Address: snicksnack@gmail.com
```

Backorder this domain  or  Hire a domain broker

pornhub.cm - pornhub                                    Page 2 of 2

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



EX 1 PG 13

Your-PornHub.com - Your Porn Hub

You are logged in as idb_dt  Upgrade Your Account | Log out | Help

 DomainTools

hd-pornhub.com    Whois Search ▾    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Domain Report    Hosting History    Screenshots    Reverse Name Server    Reverse IP    DNS

## Your-PornHub.com Whois Record

Tweet    Like  11k

Search Whois Records  your-pornhub.com    Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

#### Related Domains For Sale or At Auction
Bhubaneswar.com ($3,400)    DigitalMediaHub.com ($2,088)    HomeJobHub.com ($700)
IndiaNewsHub.com ($799)    LatestNewsHub.com ($799)    LifeInsuranceHub.com ($2,088)

| | | |
|---|---|---|
| Email Search: | services@123-reg.co.uk is associated with about 963,685 domains | |
| | nataliestrutt@hotmail.com is associated with about 5 domains | |
| Registrar History: | 1 registrar | |
| NS History: | 2 changes on 3 unique name servers over 1 year. | |
| IP History: | 2 changes on 3 unique IP addresses over 1 years. | |
| Whois History: | 45 records have been archived since 2012-02-24 . | |
| Reverse IP: | 348 other sites hosted on this server. | |

Monitor This Domain Name

Preview the complete Domain Report for your-pornhub.com

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
**Download Now>**

```
Registrar:       123Reg/Webfusion
URL:             http://www.123-reg.co.uk/domain-names/

This domain is provided by 123-reg. We're the UK's largest
registrar with over 3 million domains sold. We also provide
cheap, easy website creation.

Domain Name:          YOUR-PORNHUB.COM
Creation Date:        2012-02-22
Expiry Date:          2014-02-22
Nameserver:           ns3157.hostgator.com
Nameserver:           ns3158.hostgator.com
Registrant Name:      Natasha Strutt
Registrant Company:   Natasha Strutt
Registrant Address:   12 Chaffinch Way
Registrant Address:   Paddock Wood
Registrant Address:   kent
Registrant Address:   TN12 6XL
Registrant Address:   GB
Administrative Name:      Natasha Strutt
Administrative Company:   Natasha Strutt
Administrative Address:   12 Chaffinch Way
Administrative Address:   Paddock Wood
Administrative Address:   kent
Administrative Address:   TN12 6XL
Administrative Address:   GB
Administrative Email:     nataliestrutt@hotmail.com
Administrative Tel:       +44.7850278286
Technical Name:       Webfusion Limited
Technical Company:    Webfusion Limited
Technical Address:    5 Roundwood Avenue
Technical Address:    Stockley Park
Technical Address:    Uxbridge
Technical Address:    UB11 1FF
Technical Address:    GB
Technical Email:      services@123-reg.co.uk
Technical Tel:        +44.8712309525
```

Backorder this domain or Hire a domain broker

---

### Add Missing Screenshot:

Queue Screenshot For Addition

**You the smart one?** Let us
show you the job you dream of

DOMAININDEX.COM
**APPRAISE THIS DOMAIN FOR ME**

Country TLDs    General TLDs

Available domains for registration:

| | | |
|---|---|---|
| ☐ | Your-PornHub.at | Register |
| ☐ | Your-PornHub.be | Register |
| ☐ | Your-PornHub.ch | Register |
| ☐ | Your-PornHub.cn | Register |
| ☐ | Your-PornHub.co.uk | Register |
| ☐ | Your-PornHub.de | Register |
| ☐ | Your-PornHub.dk | Register |
| ☐ | Your-PornHub.es | Register |
| ☐ | Your-PornHub.eu | Register |
| ☐ | Your-PornHub.fr | Register |

Register All Selected >    Show all (19) >

Your-PornHub.com - Your PornHub

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



http://whois.domaintools.com/your-pornhub.com                    9/19/2013



You are logged in as idb_dt | **Upgrade Your Account** | Log out | Help

hd-pornhub.com    Whois Search ▾    Search

Overview   Whois Lookup   Reverse Whois   Whois History   Domain Report   Hosting History   Screenshots   Reverse Name Server   Reverse IP   DNS

## Your-PornHub.com Whois Record

Tweet    Like   11k

**Add Missing Screenshot:**

Search Whois Records    your-pornhub.com    Search

Queue Screenshot For Addition

Whois Record   Site Profile   Registration   Server Stats   My Whois

**You the smart one?** Let us
show you the job you dream of

## Registration

Related Domains For Sale or At Auction                           1 2 3 More >

Bhubaneswar.com ($3,400)      DigitalMediaHub.com ($2,088)      HomeJobHub.com ($700)
IndiaNewsHub.com ($799)       LatestNewsHub.com ($799)          LifeInsuranceHub.com ($2,088)

**DOMAININDEX.COM**
**APPRAISE THIS DOMAIN FOR ME**

ICANN Registrar:  WEBFUSION LTD.
Created:  2012-02-22
Expires:  2014-02-22   Backorder Now   or Hire a domain broker
Updated:  2013-02-15
Registrar Status:  ok
Name Server:  NS3157.HOSTGATOR.COM (has 2,170,405 domains)
              NS3158.HOSTGATOR.COM (has 2,170,405 domains)
Whois Server:  whois.123-reg.co.uk
General TLDs:  Your-PornHub.com ◐ (registered and active website)
              Your-PornHub.net ◐ (never registered before)
              Your-PornHub.org ◐ (never registered before)
              Your-PornHub.info ◐ (never registered before)
              Your-PornHub.biz ◐ (never registered before)
              Your-PornHub.us ◐ (never registered before)

Country TLDs    General TLDs

Available domains for registration:

☐ Your-PornHub.at        Register
☐ Your-PornHub.be        Register
☐ Your-PornHub.ch        Register
☐ Your-PornHub.cn        Register
☐ Your-PornHub.co.uk     Register
☐ Your-PornHub.de        Register
☐ Your-PornHub.dk        Register
☐ Your-PornHub.es        Register
☐ Your-PornHub.eu        Register
☐ Your-PornHub.fr        Register

Register All Selected >    Show all (19) >

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



pornhub.fr - pornhub                                                Page 1 of 2



You are logged in as jdb_dl | Upgrade Your Account | Log out | Help

| pornhub.org | Whois Search ▾ | Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Domain Report   Hosting History   Screenshots   Reverse Name Server   Reverse IP   DNS

## pornhub.fr Whois Record ✎

Tweet    Like   11k

| Search Whois Records | pornhub.fr | Search |

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Reverse Whois: "Ano Nymous" was found in about 1,025,912 other domains

Email Search: support@eurodns.com is associated with about 56,172 domains

staff@eurodns.com is associated with about 23,143 domains

anonymous@nowhere.xx.fr is associated with about 1,016,992 domains

nic@nic.fr is associated with about 2,114,088 domains

Whois History: 57 records have been archived since 2007-11-09.

Reverse IP: 240,522 other sites hosted on this server.

🔊 Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

📷 Preview the complete Domain Report for pornhub.fr

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
Download Now>



You the smart one? Let us
show you the job you dream of

**DOMAININDEX.COM**
**WHATS THIS DOMAIN WORTH?**

**Country TLDs**    **General TLDs**

🌐 pornhub.com

🌐 pornhub.net

🌐 pornhub.org

🌐 pornhub.info

🌐 pornhub.biz

🌐 pornhub.us

```
domain:        pornhub.fr
status:        ACTIVE
hold:          NO
holder-c:      ANO00-FRNIC
admin-c:       ANO00-FRNIC
tech-c:        AA4055-FRNIC
zone-c:        NFC1-FRNIC
nsl-id:        NSL30961-FRNIC
registrar:     EURODNS S.A.
anniversary:   29/10
created:       29/10/2007
last-update:   15/09/2012
source:        FRNIC

ns-list:       NSL30961-FRNIC
nserver:       ns1.bodis.com
nserver:       ns2.bodis.com
source:        FRNIC

registrar:     EURODNS S.A.
type:          Isp Option 1
address:       2 rue Léon Laval
address:       L-3372 LEUDELANGE
country:       LU
phone:         +352 27 37 25 1
fax-no:        +352 27 27 37 25
e-mail:        support@eurodns.com
website:       http://www.eurodns.com
anonymous:     NO
registered:    24/09/2003
source:        FRNIC

nic-hdl:       ANO00-FRNIC
type:          PERSON
contact:       Ano Nymous
remarks:       --------------- WARNING ---------------
remarks:       While the registrar knows him/her,
remarks:       this person chose to restrict access
remarks:       to his/her personal data. So PLEASE,
remarks:       don't send emails to Ano Nymous. This
remarks:       address is bogus and there is no hope
remarks:       of a reply.
remarks:       --------------- WARNING ---------------
registrar:     EURODNS S.A.
changed:       29/10/2007 anonymous@nowhere.xx.fr
```

```
anonymous:    YES
obsoleted:    NO
eligstatus:   ok
eligdate:     29/10/2007 00:00:00
source:       FRNIC

nic-hdl:      AA4055-FRNIC
type:         PERSON
contact:      Anouar Adlani
address:      EuroDNS SA
address:      EuroDNS
address:      2 rue Leon Laval
address:      L-3372 Leudelange
address:      L-3372 Leudelange
country:      LU
phone:        +352 2637252
fax-no:       +352 26372537
e-mail:       staff@eurodns.com
registrar:    EURODNS S.A.
changed:      19/07/2013 nic@nic.fr
anonymous:    NO
obsoleted:    NO
source:       FRNIC
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



Case 2:13-cv-05913-JAK-CW   Document 9-1   Filed 10/15/13   Page 21 of 26   Page ID #:64
Page 1 of 2
pornhub.net - pornhub



You are logged in as idb_dt  **Upgrade Your Account** | Log out | Help



pornhub.eu    [Whois Search ▼]    Search

Overview   Whois Lookup   Reverse Whois   Whois History   Domain Report   Hosting History   Screenshots   Reverse Name Server   Reverse IP   DNS

## pornhub.net Whois Record ✎

Tweet    Like   11k

Search Whois Records [ pornhub.net ]    Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

| | |
|---|---|
| Reverse Whois: | "Moniker Privacy Services" owns about 3,845 other domains |
| Registrar History: | 3 registrars |
| NS History: | 27 changes on 13 unique name servers over 9 years. |
| IP History: | 74 changes on 26 unique IP addresses over 8 years. |
| Whois History: | 900 records have been archived since 2003-03-17 . |
| Reverse IP: | 172,469 other sites hosted on this server. |

🔊 Monitor This Domain Name

📄 Preview the complete Domain Report for pornhub.net

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
Download Now>

---

**Viewing a cached Whois record**
Our system is temporarily unable to provide a real-time Whois lookup for this domain name. The record shown
here was current on 09/18/2013. Please check back later for any updates.

---

```
Domain Name: PORNHUB.NET
Registrar: MONIKER

Registrant [3770929]:
    Moniker Privacy Services  pornhub.net@monikerprivacy.net
    Moniker Privacy Services
    1800 SW 1st Avenue
    Suite 440
    Portland
    OR
    97201
    US

Administrative Contact [3770929]:
    Moniker Privacy Services  pornhub.net@monikerprivacy.net
    Moniker Privacy Services
    1800 SW 1st Avenue
    Suite 440
    Portland
    OR
    97201
    US
    Phone: +1.5032070147
    Fax:   +1.9545859186

Billing Contact [3770929]:
    Moniker Privacy Services  pornhub.net@monikerprivacy.net
    Moniker Privacy Services
    1800 SW 1st Avenue
    Suite 440
    Portland
    OR
    97201
    US
    Phone: +1.5032070147
    Fax:   +1.9545859186

Technical Contact [3770929]:
    Moniker Privacy Services  pornhub.net@monikerprivacy.net
    Moniker Privacy Services
    1800 SW 1st Avenue
    Suite 440
    Portland
```

Image Supplied By DomainTools.com
Last checked July 18, 2013

**You the smart one?** Let us
show you the job you dream of

What's the value of this domain?
**FIND OUT WHAT IT'S WORTH AT**
**DOMAININDEX.COM**

Country TLDs    General TLDs

🌐 pornhub.com
🌐 pornhub.net
🌐 pornhub.org
🌐 pornhub.info
🌐 pornhub.biz
🌐 pornhub.us

pornhub.net · pornhub

```
                OR
                97201
                US
                Phone: +1.5032070147
                Fax:   +1.9545859186

Domain servers in listed order:

                NS1.SEDOPARKING.COM
                NS2.SEDOPARKING.COM

                Record created on:          2002-02-12 06:54:08.0
                Database last updated on: 2013-08-14 20:13:04.167
                Domain Expires on:          2014-02-12 06:54:08.0
```

· Backorder this domain or Hire a domain broker

Whois Directory

abcdefghijklmnopqrstuvwxyz0123456789

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



pornhub.net - pornhub                                                    Page 1 of 1

 **DomainTools**

You are logged in as jdb_dt  **Upgrade Your Account** | Log out | Help

[pornhub.eu]  [Whois Search ▼]  [Search]

Overview    Whois Lookup    Reverse Whois    Whois History    Domain Report    Hosting History    Screenshots    Reverse Name Server    Reverse IP    DNS

## pornhub.net Whois Record ✎                    [Tweet]   Like  11k

Search Whois Records [pornhub.net]        [Search]

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Registration

| | |
|---|---|
| ICANN Registrar: | MONIKER ONLINE SERVICES LLC |
| Created: | 2002-02-12 |
| Expires: | 2014-02-12   Backorder Now or Hire a domain broker |
| Updated: | 2013-08-14 |
| Registrar Status: | clientDeleteProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Server: | NS1.SEDOPARKING.COM (has 1,628,636 domains) |
| | NS2.SEDOPARKING.COM (has 1,628,636 domains) |
| Whois Server: | whois.moniker.com |
| General TLDs: | pornhub.com (registered and active website) |
| | pornhub.net (registered and active website) |
| | pornhub.org (registered and active website) |
| | pornhub.info (registered and active website) |
| | pornhub.biz (registered and active website) |
| | pornhub.us (registered and active website) |



Image Supplied By DomainTools
Last checked July 18, 2013

You the smart one? Let us
show you the job you dream of

What's the value of this domain?
**FIND OUT WHAT IT'S WORTH AT**
DOMAININDEX.COM

**Country TLDs**    **General TLDs**

🌐 pornhub.com

🌐 pornhub.net

🌐 pornhub.org

🌐 pornhub.info

🌐 pornhub.biz

🌐 pornhub.us

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



http://whois.domaintools.com/pornhub.net                        9/19/2013

RawPornHub.com Raw PornHub                                    Page 1 of 2

 DomainTools

You are logged in as idb_dt | Upgrade Your Account | Log out | Help

freepornhub.net    | Whois Search ▾ |   Search

Overview    Whois Lookup    Reverse Whois    Whois History    Domain Report    Hosting History    Screenshots    Reverse Name Server    Reverse IP    DNS

## RawPornHub.com Whois Record ✎

Tweet    Like  11k

Add Missing Screenshot:

Search Whois Records   rawpornhub.com          Search

Queue Screenshot For Addition

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

You the smart one? Let us
show you the job you dream of

### Whois Record

Related Domains For Sale or At Auction                                 1 2 3  More >
Brawlers.com ($3,888)      CrawfordLaw.com ($3,495)      ParaWeb.com ($3,288)
IntraWeb.com ($5,088)      Zurawski.com ($3,188)         PortraitDrawing.com ($4,600)



What's the value of this domain?
**FIND OUT WHAT IT'S WORTH AT**
DOMAININDEX.COM

Email Search:    support@namecheap.com is associated with about 2,568,308 domains
Registrar History:  1 registrar
NS History:  1 change on 2 unique name servers over 0 year.
IP History:  1 change on 2 unique IP addresses over 0 years.
Whois History:  3 records have been archived since 2013-04-29 .
Reverse IP:  23 other sites hosted on this server.

Country TLDs    General TLDs

Available domains for registration:

☐ RawPornHub.at          Register
☐ RawPornHub.be          Register
☐ RawPornHub.ch          Register
☐ RawPornHub.cn          Register
☐ RawPornHub.co.uk       Register
☐ RawPornHub.de          Register
☐ RawPornHub.dk          Register
☐ RawPornHub.es          Register
☐ RawPornHub.eu          Register
☐ RawPornHub.fr          Register

Register All Selected >    Show all (19) >

🔭  Monitor This Domain Name
📄  Preview the complete Domain Report for rawpornhub.com

**DomainTools for Windows®**
Now you can access domain ownership
records ... from your own desktop!
Download Now>

```
Registration Service Provided By: Namecheap.com
Contact: support@namecheap.com
Visit: http://namecheap.com
Registered through: eNom, Inc.

Domain name: rawpornhub.com

Registrant Contact:
   WhoisGuard, Inc.
   WhoisGuard Protected ()

   Fax:
   P.O. Box 0823-03411
   Panama, Panama NA
   PA

Administrative Contact:
   WhoisGuard, Inc.
   WhoisGuard Protected (ceda8d64e1384413a13c2a9999d7a69d.protect@whoisguard.com)
   +507.8365503
   Fax: +51.17057182
   P.O. Box 0823-03411
   Panama, Panama NA
   PA

Technical Contact:
   WhoisGuard, Inc.
   WhoisGuard Protected (ceda8d64e1384413a13c2a9999d7a69d.protect@whoisguard.com)
   +507.8365503
   Fax: +51.17057182
   P.O. Box 0823-03411
   Panama, Panama NA
   PA

Status: Locked

Name Servers:
   dns1.registrar-servers.com
   dns2.registrar-servers.com
   dns3.registrar-servers.com
   dns4.registrar-servers.com
   dns5.registrar-servers.com
```

RawPornHub.com - Raw PornHub                                    Page 2 of 2

```
Creation date: 19 Apr 2013 06:50:00
Expiration date: 18 Apr 2014 22:50:00
```

Backorder this domain or Hire a domain broker

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.



RawPornHub.com - Raw PornHub                    Page 1 of 1



You are logged in as jdb_dt | **Upgrade Your Account** | Log out | Help

| freepornhub.net | Whois Search ▾ | Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Domain Report   Hosting History   Screenshots   Reverse Name Server   Reverse IP   DNS

## RawPornHub.com Whois Record ✎

Tweet    Like   11k

### Add Missing Screenshot:

Queue Screenshot For Addition

Search Whois Records   | rawpornhub.com | Search

**You the smart one?** Let us
show you the job you dream of

Whois Record   Site Profile   Registration   Server Stats   My Whois

## Registration

Related Domains For Sale or At Auction                          1 2 3 More >

Brawlers.com ($3,888)     CrawfordLaw.com ($3,495)     ParaWeb.com ($3,288)
IntraWeb.com ($5,088)     Zurawski.com ($3,188)        PortraitDrawing.com ($4,600)



What's the value of this domain?
**FIND OUT WHAT IT'S WORTH AT**
DOMAININDEX.COM

| | |
|---|---|
| ICANN Registrar: | ENOM, INC. |
| Created: | 2013-04-19 |
| Expires: | 2014-04-19  Backorder Now or Hire a domain broker |
| Updated: | 2013-04-19 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | DNS1.REGISTRAR-SERVERS.COM (has 1,259,332 domains) |
| | DNS2.REGISTRAR-SERVERS.COM (has 1,259,332 domains) |
| | DNS3.REGISTRAR-SERVERS.COM (has 1,259,332 domains) |
| | DNS4.REGISTRAR-SERVERS.COM (has 1,259,332 domains) |
| | DNS5.REGISTRAR-SERVERS.COM (has 1,259,332 domains) |
| Whois Server: | whois.enom.com |
| General TLDs: | RawPornHub.com ◐ (registered and active website) |
| | RawPornHub.net ◯ (never registered before) |
| | RawPornHub.org ◯ (never registered before) |
| | RawPornHub.info ◯ (never registered before) |
| | RawPornHub.biz ◯ (never registered before) |
| | RawPornHub.us ◯ (never registered before) |

Country TLDs   General TLDs

Available domains for registration:

| | |
|---|---|
| ☐ RawPornHub.at | Register |
| ☐ RawPornHub.be | Register |
| ☐ RawPornHub.ch | Register |
| ☐ RawPornHub.cn | Register |
| ☐ RawPornHub.co.uk | Register |
| ☐ RawPornHub.de | Register |
| ☐ RawPornHub.dk | Register |
| ☐ RawPornHub.es | Register |
| ☐ RawPornHub.eu | Register |
| ☐ RawPornHub.fr | Register |

Register All Selected >        Show all (19) >

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Join Our Team | Contact Us | Press | Site Map

© 2013 DomainTools, LLC All rights reserved.

