MARC E. MAYER (190969)
  mem@msk.com
EMILY F. EVITT (261491)
  efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 through 10, d/b/a "pornhub4all.com"; "video-pornhub.com"; "pornhub.com.bz"; "pornhub.net.co"; "pornhub4u.com"; "pornhub2.net"; "hd-pornhub.com"; "your-pornhub.com"; "pornhub-xx.com"; "hq-pornhub.com"; "freepornhub.net"; "rawpornhub.com"; "pornhubhd.com"; "pornhub.pl"; "pornhub.de"; "pornhub.co"; "pornhub.cm"; "pornhub.cz"; "pornhube.com"; "pornhubs.com"; "pronhub.com"; "pormhub.com"; "pornhub.it"; "pornhub.eu"; "pornhub.net"; "pornhub.org"; "pornhub.fr"; "pornhub.es"; "pornhub.co.uk"; "pornhub.ru"; <br><br> Defendants. | CASE NO. CV13-5913 JAK(CWx) <br><br> **ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED IMMEDIATE DISCOVERY** |

Mitchell Silberberg & Knupp LLP

5555866.1

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

After full consideration of the *Ex Parte* Application of Manwin Licensing International, S.à.r.l. ("Manwin") for Leave to Take Limited Immediate Discovery, including the supporting declaration and exhibit thereto, and good cause having been shown:

IT IS ORDERED that, as of the date of this Order, Plaintiff may serve, pursuant to Federal Rule of Civil Procedure 45, subpoenas on the following entities:

- 1 API GMBH d/b/a 1api.net;
- BARGIN REGISTER, INC.;
- BASIC FUSION, INC.;
- CDMON d/b/a cdmon.com;
- CRegISP Ltd.;
- DIRECTI INTERNET SOLUTIONS PVT. LTD. d/b/a PUBLICDOMAINREGISTRY.COM;
- DOMAINCLUB.COM LLC;
- DOMAINCONTEXT, INC.;
- DomainersChoice d/b/a domainerschoice.com;
- eNom, Inc.;
- EURODNS S.A. d/b/a eurodns.com;
- evoPlus LTD a/k/a evoplus.com, Inc.;
- DYNADOT LLC;
- Fabulous.com Pty Ltd d/b/a fabulous.com;
- GoDaddy a/k/a GoDaddy.com LLC;
- INTERNET.BS CORP.;
- Michau Enterprises Limited;
- Moniker Online Services, LLC;

1. • Nanjing Imperiosus Technology Co., Ltd.;
2. • NAUNET-REG-RIPN d/b/a www.naunet.ru;
3. • PDR LTD. d/b/a PUBLICDOMAINREGISTRY.COM;
4. • REG-TELE3;
5. • SPOT DOMAIN LLC d/b/a DOMAINSITE.COM;
6. • TUCOWS.COM CO. d/b/a www.tucowsdomains.com;
7. • Webfusion Ltd;
8. • WILD WEST DOMAINS, INC. a/k/a Wild West Domains, LLC.
9. • DomainClub Privacy Service;
10. • Domains by Proxy, LLC;
11. • Dynadot Privacy (Dynadot LLC);
12. • Eurodns S.A.;
13. • Fundacion Private Whois;
14. • Moniker Privacy Services;
15. • Naunet SP;
16. • PrivacyProtect.org;
17. • ProtectService, Ltd.;
18. • Whois Privacy Protection Service, Inc.;
19. • Whois Privacy Services Pty Ltd.;
20. • WhoisGuard, Inc.;
21. • Ido Zimet;
22. • LK POWER-NET LTD.;
23. • Milton Miguel Pinto Ortiz;
24. • Natasha Strutt; and
25. • Standard Bearer a/k/a Standard Bearer Enterprises Limited.

1   The subpoenas shall afford the subpoenaed entities no less than fourteen (14)
2 days to respond.  The information and documents supplied in response to the
3 subpoenas are subject to a protective order restricting Plaintiff's use of the
4 discovery for purposes of this litigation only.

6 SO ORDERED

9 DATED:  October 22, 2013         _____
10                                          Honorable Carla Woehrle
11                                          United States Magistrate Judge