1  MARC E. MAYER (190969)
     mem@msk.com
2  EMILY F. EVITT (261491)
     efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiff
   Manwin Licensing International S.à.r.l.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  MANWIN LICENSING                         CASE NO. CV13-5913 JAK(CWx)
    INTERNATIONAL S.A.R.L.,
12                                           **NOTICE OF VOLUNTARY
                Plaintiff,                   DISMISSAL**
13       v.
                                             **[FED. R. CIV. P., RULE
14  DOES 1 through 10, d/b/a                 41(a)(1)(A)(i)]**
    "pornhub4all.com"; "video-
15  pornhub.com"; "pornhub.com.bz";
    "pornhub.net.co"; "pornhub4u.com";
16  "pornhub2.net"; "hd-pornhub.com";
    "your-pornhub.com"; "pornhub-
17  xx.com"; "hq-pornhub.com";
    "freepornhub.net"; "rawpornhub.com";
18  "pornhubhd.com"; "pornhub.pl";
    "pornhub.de"; "pornhub.co";
19  "pornhub.cm"; "pornhub.cz";
    "pornhube.com"; "pornhubs.com";
20  "pronhub.com"; "pormhub.com";
    "pornhub.it"; "pornhub.eu";
21  "pornhub.net"; "pornhub.org";
    "pornhub.fr"; "pornhub.es";
22  "pornhub.co.uk"; "pornhub.ru";

23             Defendants.

24

25

26

27

Mitchell     28
Silberberg &
Knupp LLP

5935255.1                    NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Manwin Licensing International S.à.r.l. voluntarily dismisses this action, in its entirety, without prejudice.

DATED: March 14, 2014

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Emily F. Evitt
      Attorneys for Plaintiff
      Manwin Licensing International S.à.r.l.